IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DON BANKSTON AND CARL DALE DAVIS,
　　　　　　　PLAINTIFFS

CIVIL NUMBER **CA4-82-15E**

Complete the following if judgment
was rendered in another District:

District: _____
Docket Number: _____
Date Entered: _____

vs.

CADDO CAPITAL CORPORATION; O.F. "CUB" BARE;
KEN JENKINS; CAPLA OIL & GAS CO., A PARTNERSHIP;
L.L.&N. OIL & GAS CO., INC.; AND DAYMON MARTIN,
　　　　　　　DEFENDANTS

## ABSTRACT OF JUDGMENT

In the above entitled and numbered cause a judgment was rendered in this Court, or other United States District Court as indicated above and registered herein, on the 2nd day of September,1983, **in favor of DON BANKSTON**, whose mailing address is P.O. Box 4, Venus, Texas 76084, **against O.F. "CUB" BARE** (birth date March 10, 1921; last three numbers of Social Security number 374; no driver's license as Mr. Bare is deceased), **L.L.&N. OIL & GAS CO., INC., AND DAYMON MARTIN** (birth date, Social Security number, and driver's license number unknown), jointly and severally, in the sum of $112,200.00, with prejudgment interest in the amount of $29,339.62, attorneys' fees in the amount of $11,869.78, court costs of $1,664.95, and exemplary damages in the sum of $224,400.00, with interest at the rate of ten (10) per cent per annum from the 2nd day of September, 1983.

Costs have been taxed by the Court as stated above.

Credits to be applied against the judgment and accrued postjudgment interest due from all Defendants are the sum of $200,107.81.

Additional credit to be applied only against the judgment and accrued postjudgment interest due from O.F. "CUB" BARE is the sum of $200,369.58.

The unpaid balance of principal and accrued interest due on the judgment against O.F. "CUB" BARE as of August 1, 2013, after application of credits, is $608,553.16, and interest continues to accrue from August 1, 2013, at the rate of $42.48 per day.

The unpaid balance of principal and accrued interest due on the judgment against L.L.&N. OIL & GAS CO., INC., AND DAYMON MARTIN as of August 1, 2013, after application of credits, is $1,244,332.84, and interest continues to accrue from August 1, 2013, at the rate of $97.38 per day.

The address of the defendant shown in this suit in which said judgment was rendered: O.F. "CUB" BARE (now deceased), last known address Number 8 Dubar Country Park, Cleburne, Texas 76031. L.L.&N. OIL & GAS CO., INC., AND DAYMON MARTIN, current address unknown, last known address 2900-A Victory Drive, Marshall, Texas 75670.

I certify that the above and foregoing is a true and correct abstract of judgment rendered or registered in this Court.

Witness my hand and seal of the Court this 13th day of August, 2013.

KAREN MITCHELL, CLERK

By _____
Deputy Clerk